IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROBBIN LACEY, on behalf of herself and all others similarly situated, | ) ) | Civil Action |
| | ) | No. 1:17-cv-00170-TWT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| PRIVATE LABEL | ) | |
| NUTRACEUTICALS, LLC, BJARTE | ) | |
| RENE, and MELISSA RIXMAN-RENE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT AND ADMINISTRATIVELY CLOSING CASE

This matter is before the Court on the parties' Joint Motion for Court Approval of Settlement and Administrative Closure [Doc. 34] (the "Joint Motion").

The Court has reviewed the parties' Settlement Agreement (the "Agreement"), which was filed with the Joint Motion, to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act (the "FLSA"). See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Agreement and the record in this case, the Court concludes: (1) the terms of the Agreement are fair and reasonable and represent an adequate

resolution of this action; and (2) the terms of the Agreement were reached in an adversarial context where all parties had legal representation.

Upon consideration of the parties' Joint Motion, the Court **ORDERS** that the payment of the settlement amounts referenced in the Agreement shall be made as provided in the Agreement, and the costs of litigation, including attorneys' fees, shall be paid as set forth in the Agreement. The Court further **ORDERS** that this case is hereby administratively closed until Defendant Private Label Nutraceuticals, LLC has either (1) paid all of the settlement amounts as required by the Agreement or (2) gone into "Default" (as such term is defined in the Agreement). In the event of full payment, the Court shall dismiss the Plaintiffs' FLSA claims with prejudice. In the event of a Default, the Court shall allow the case to proceed without prejudice to the Plaintiffs' FLSA claims. All deadlines shall be stayed during the administrative closure of this case.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 34], **APPROVES** the parties' Agreement, and hereby administratively closes this case as set forth above.

**IT IS SO ORDERED** this 2nd day of August, 2017.


    **/s/Thomas W. Thrash**
Thomas W. Thrash
United States District Judge

Jointly submitted by:

**BARRETT & FARAHANY**

By:  /s/V. Severin Roberts
      V. Severin Roberts
      Georgia Bar No. 940504

1100 Peachtree Street N.E., Suite 500
Atlanta, Georgia 30309
(404) 214-0120

*Attorney for Plaintiffs*

**Miller & Martin PLLC**

By:  /s/James P. Daniel
      Christopher E. Parker
      Georgia Bar No. 162542
      James P. Daniel
      Georgia Bar No. 204115

1180 West Peachtree Street, N.W.
Suite 2100
Atlanta, GA  30309-3407
(404) 962-6100
chris.parker@millermartin.com
jimmy.daniel@millermartin.com

*Attorneys for Defendant Private Label Nutraceuticals, LLC*

**Hall, Arbery, Gilligan, Roberts & Shanlever LLP**

By:  /s/Elizabeth Newton
      Elizabeth Newton
      Georgia Bar No. 975191

3340 Peachtree Road, NE, Suite 1900
Atlanta, Georgia 30326
(404) 537-5515
enewton@hagllp.com

*Attorneys for Defendant Bjarte Rene*

**Smith & Liss, LLC**

By:  /s/Matthew M. Liss
      Matthew M. Liss
      Georgia Bar No. 453895

Five Concourse Parkway, 26th Floor
Atlanta, Georgia 30328
(404) 760-6000
mliss@smithliss.com

*Attorneys for Defendant Melissa Rixman-Rene*