IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBBIN LACEY, on behalf of herself and all others similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PRIVATE LABEL )<br>NUTRACEUTICALS, LLC, BJARTE )<br>RENE, and MELISSA RIXMAN-RENE, )<br>)<br>Defendants. ) | Civil Action<br>No. 1:17-cv-00170-TWT<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER DISMISSING WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 38] (the "Joint Motion").

Upon consideration of the parties' Joint Motion, the Court **ORDERS** that this case is hereby dismissed with prejudice as to the Fair Labor Standards Act claims of the named plaintiff and the thirteen opt-in plaintiffs.

**IT IS SO ORDERED** this 7th day of May, 2018.

                                     /s/Thomas W. Thrash
                                     Thomas W. Thrash
                                     United States District Judge

Jointly submitted by:

| **BARRETT & FARAHANY** | **Miller & Martin PLLC** |
|---|---|
| By: /s/*V. Severin Roberts* <br>     V. Severin Roberts <br>     Georgia Bar No. 940504 | By: */s/James P. Daniel* <br>     Christopher E. Parker <br>     Georgia Bar No. 162542 <br>     James P. Daniel <br>     Georgia Bar No. 204115 |
| 1100 Peachtree Street N.E., Suite 500 <br> Atlanta, Georgia 30309 <br> (404) 214-0120 | 1180 West Peachtree Street, N.W. <br> Suite 2100 <br> Atlanta, GA  30309-3407 <br> (404) 962-6100 <br> chris.parker@millermartin.com <br> jimmy.daniel@millermartin.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Private Label Nutraceuticals, LLC* |
| **Hall, Arbery, Gilligan, Roberts & Shanlever LLP** | **Smith & Liss, LLC** |
| By: */s/Elizabeth Newton* <br>     Elizabeth Newton <br>     Georgia Bar No. 975191 | By: */s/Matthew M. Liss* <br>     Matthew M. Liss <br>     Georgia Bar No. 453895 |
| 3340 Peachtree Road, NE, Suite 1900 <br> Atlanta, Georgia 30326 <br> (404) 537-5515 <br> enewton@hagllp.com | Five Concourse Parkway, 26th Floor <br> Atlanta, Georgia 30328 <br> (404) 760-6000 <br> mliss@smithliss.com |
| *Attorneys for Defendant Bjarte Rene* | *Attorneys for Defendant Melissa Rixman-Rene* |